# PD-0319-15

PD-0319-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/17/2015 5:59:54 PM
Accepted 7/21/2015 9:14:11 AM
ABEL ACOSTA
CLERK

## LAURA KNIGHT
### 219 DOLAN ST.
### EL PASO, TEXAS 79905

Telephone Number (915) 471-7498
E-Mail Address: Salomelknight3714@att.net

July 17, 2015

*30 days granted*
*PC*
*＊ No further extensions*
*7/21/2015*

FILED IN
COURT OF CRIMINAL APPEALS

July 21, 2015

ABEL ACOSTA, CLERK

Clerk of the Court
The Texas Court of Criminal Appeals
209 West 14th St. Suite 106
Austin, Texas 78701

Re:     4th Request for Extension of Time to file Appellant Brief

PRD Number 0319-15

LAURA KNIGHT
Appellant
v.
THE STATE OF TEXAS
Appellee

APPELLANT'S PETITION FOR DISCRETIONARY REVIEW of the
EIGHTH COURT OF APPEALS JUDGMENT in No. 08-12-00355-CR
Affirming conviction in Cause No. 20090D02461 from the
346th Judicial District Court of El Paso County, Texas

Dear Sir:

My name is Laura Knight and I am attempting to file a "pro-se" appeal for discretionary review in your court.

I am in the process of developing and writing my appeal for discretionary review in your court of my criminal conviction. I have discovered the difference between a "direct appeal" as from my trial court to the 8th Court of Appeals and realized that your rules for a discretionary appeal makes the appeal totally different from a direct appeal.

This is a learning process for me as I am not an attorney. Nonetheless, I do not want to lose my opportunity to be able to appeal my case to your court. I regret that I am not as fast as an experience lawyer and I need time. I respectfully ask that you please allow me to have a 4th extension of time as to the due date for filing an appellant's brief.

I am working to make sure that my discretionary appeal complies with your rules and Texas law. I do not want to lose my appeal on a technical point.

For the foregoing reason I am not finish with my brief. I need more time to finish my brief and submit the same to your court. I am doing the best with what resources I have. I am asking for an extension to meet my obligations with your appellate requirements.

By this letter I request an extension of at least 30 days to file my appellant's brief.

Respectfully,

Laura Knight